FILED by MG D.C.
ELECTRONIC
Jan. 13, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

INVESTORSHUB.COM, INC.,
    Plaintiff,
v.

MIRO ZECEVIC a/k/a
MIROSLAV ZECEVIC,
MINA MAR GROUP, INC.,
    a Texas corporation,
MINA MAR GROUP, INC.,
    a Canadian corporation,
    Defendants.
_____/

09-60060 Civ-Zloch/Snow

Case No.

## COMPLAINT

COMES NOW, InvestorsHub.com, Inc., Plaintiff ("InvestorsHub") and hereby sues Miro Zecevic a/k/a Miroslav Zecevic, Mina Mar Group, Inc., a Texas corporation ("Mina Mar Texas"), and Mina Mar Group, Inc., a Canadian corporation ("Mina Mar Canada"), and in support thereof on information and belief alleges the following:

**The Parties and Jurisdictional Allegations**

1. Investorshub.com is a Florida corporation.

2. Miro Zecevic is a resident of Canada.

3. Mina Mar Texas is a Texas corporation and maintains an office in and conducts substantial operations from Ft. Lauderdale, Florida.

4. Mina Mar Canada is a Canadian provincial corporation and maintains an office in and conducts substantial operations from Ft. Lauderdale, Florida.

5. The Defendants operate a network of related companies and individuals which together form a common enterprise which defrauds and attempts to defraud investors in the United States, including investors in Florida. Moreover, the Defendants operate a substantial

portion of their activities from Florida, taking advantage of the business-friendly Florida legal environment.

6. This Court has subject matter jurisdiction over this action pursuant to Article 3, Section 2 of the U.S. Constitution and 28 U.S.C. §1332 in that the case is founded on a controversy between a citizen of Florida and the Defendants are citizens of other states and Canada.

7. This Court has personal jurisdiction over the Defendants pursuant to §48.193, Florida Statutes, in that their tortious and illegal activities have occurred in Florida, have been targeted at businesses and individuals in Florida, and have been orchestrated with the assistance of businesses and individuals residing in Florida.

**Common Enterprise.**

8. The Defendants operate as a single enterprise under common control and ownership. The Defendants profit from the promotion and sale of unregistered securities issued by several related companies, including Monarc Corporation, a Nevada corporation ("Monarc").

9. Monarc is the resulting entity from a reverse acquisition by a group of related companies based in Florida, the primary of which was Cash Now.com, Inc., a Florida corporation. Miro Zecevic and Andrea Zecevic were the primary owners and controlling persons of Cash Now.com, Inc. Andrea Zecevic is the wife of Miro Zecevic and is a resident of Florida.

11. At one time, Monarc was controlled by Miro Zecevic and Andrea Zecevic directly and through their family-affiliated parties, including Dannic IP Holdings, a Bahamas-based company believed to be owned or controlled by Hugo Rubino, Andrea Zecevic's father.

12. Miro Zecevic is a controlling person of Mina Mar Texas and Mina Mar Canada.

2

13. As a further point of common control, an individual named Garr Winters is an officer and significant owner of Monarc, Mina Mar Texas, Mina Mar Canada, and at least two other companies related to the enterprise: Hat Trick Beverage, Inc., and Good Life China Corporation. Garr Winters was the CEO of Cash Now Corporation, the company which became Defendant Monarc.

14. Miro Zecevic and Andrea Zecevic, and their associates, have systematically created an elaborate network of related companies which includes the corporate Defendants. In the years leading up to 2004, Miro Zecevic and Andrea Zecevic formed, owned or controlled CashNow.com, Inc., CashNow, LLC, and other related companies in the payday lending and check-cashing business. On or about July 17, 2004, the Zecevics acquired substantially all of the ownership of a publicly-traded company called B-Com, Inc. The Zecevics quickly changed the company's name to Cash Now Corporation, placed their other companies in it as subsidiaries, and obtained the symbol "CHNW.PK" for the company's stock on the US OTC Pink Sheets Exchange. Soon thereafter, Zecevics changed the company's name a second time to Esprit Financial Group. The company then became Defendant Monarc in another reverse acquisition.

15. Along the way, the Defendants, directly and through their affiliates, have sold unregistered franchises, sold unregistered securities, and have issued inaccurate and misleading press releases to manipulate the market for their company's stock in violation of state and federal law.

**Defendants' Market Manipulation.**

16. Mina Mar Texas and Mina Mar Canada (together the "Mina Mar Defendants") were formed to provide "investor relations" and other services to other companies. Miro Zecevic owns or controls both companies. The primary clients of both companies are other companies in

3

the common enterprise, including Hat Trick Beverage, Inc., Good Life China Corporation, and Monarc and its subsidiaries. The services provided by the Mina Mar Defendants to their clients include the preparation and promulgation of press releases and investor materials.

17. The Mina Mar Defendants, directly and through Miro Zecevic, are paid for their services in stock of the client companies or related companies, as well as cash. The Mina Mar Defendants manipulate the market for their clients' securities for their profit and for the profit of the other members of their enterprise.

18. The Mina Mar Defendants are insiders of their client companies under common ownership and control, including Monarc.

19. The Mina Mar Defendants illegally manipulate the market for their clients' securities by promulgating misleading positive press releases, by attempting to silence true negative criticism, by failing to properly disclose the fact that they are paid by the securities issuers while promoting their securities, and by using artifice and trickery to deceive the investing public into thinking that they or their agents are third parties unrelated to the issuers. Specifically on the last point, the Mina Mar Defendants and their agents use false identities on internet websites to promote their clients' securities in such a manner and using such language as to imply (and sometimes overtly state) that they are unrelated parties. These activities violate state and federal securities laws.

### COUNT I: DECLARATORY JUDGMENT: COMMON LAW AND CONTRACTUAL DISPUTE

20. InvestorsHub re-alleges paragraphs 1 through 19 herein.

21. This is an action for declaratory judgment under 28 U.S.C. §2201, et seq., and Ch. 86, Florida Statutes.

4

22. InvestorsHub is in the business of providing websites on which publicly-traded companies and their affiliates are discussed by the investing public. One such website is: www.investorshub.com ("iHub"). This website is an instrumentality of interstate commerce.

23. Directly and through their agents, the Defendants have become users of the iHub website. To use the website, users must agree to the terms of the website's User Agreement, as it is amended from time to time.

24. A dispute has developed between InvestorsHub and the Defendants which requires judicial resolution, to wit:

(a) InvestorsHub has required all paid stock promoters (such as the Defendants) to pay a higher business user fee and attaches to posts made by such promoters a notice of their status as such. The Defendants, directly or through their agents and associates, have tried to circumvent this requirement by registered new user aliases and failing to register as paid securities promoters and pay the higher fees.

(b) The Defendants have carried on a systematic effort to harass and intimidate InvestorsHub personnel by 1) repeatedly violating the terms of the User Agreement by utilizing multiple accounts to anonymously manipulate dialog, and to evade posting restrictions and account suspensions; and 2) issuing numerous press releases and other communications containing false and defamatory statements about InvestorsHub and its personnel.

(c) The Defendants have carried on a systematic effort to harass and intimidate InvestorsHub users and their investors by anonymously posting from multiple accounts, attacking those users who criticized the activities and questioned the credibility of the Defendants and their related clients, often threatening them with litigation if they failed to

5

capitulate to their intimidation and wrongful demands, and by manipulating users "friendly" to their objectives into attacking those with negative or contrary views.

(d) In their continuing effort to attack criticism, the Defendants have demanded that InvestorsHub remove certain posts. InvestorsHub has refused to remove certain of the offending posts. For months, the Defendants have threatened to file lawsuits in various states and most recently in Canada to force InvestorsHub to remove the offending posts and to force InvestorsHub to identify the authors of such posts. Most recently, the Mina Mar Defendants and Miro Zecevic filed a defamation lawsuit in Toronto, Canada, seeking such relief and damages exceeding $4,000,000.00. The Toronto Court does not have personal jurisdiction over InvestorsHub and so this dispute cannot be settled in such action. Moreover, the great majority of the investors in the companies touted by the Defendants are in the United States, and therefore it is their reputation *in the United States* which is at issue. InvestorsHub maintains that it cannot be held liable for the posts of third parties under 47 U.S.C. §230, which Congress specifically passed to provide a safe harbor for Internet service providers such as InvestorsHub.

25. The parties require this Court to resolve these disputes, and it is the most effective and efficient forum in which to do so.

**WHEREFORE**, InvestorsHub respectfully requests that this Court declare the following:

(a) That InvestorsHub can rightfully require the Defendants and all of their employees and agents to fully disclose their status as paid promoters of securities and pay the higher fee required of such business users;

(b) That Defendants must cease their wrongful intimidation and harassment of InvestorsHub, its personnel and users;

(c) That Defendants must identify themselves and must fully disclose their relationships with the issuers of the securities Defendants are promoting on the websites of InvestorsHub, and that such disclosure must include the amount of their compensation in compliance with state and federal securities laws; and

(d) That InvestorsHub is not liable to the Mina Mar Defendants or Miro Zecevic for the posts of others under defamation or any other tort theory.

**FURTHER**, InvestorsHub respectfully requests that this Court order the Defendants to pay its costs of this action, its attorneys' fees as provided for in the User Agreement, and such further and supplemental relief as this Court deems proper.

## COUNT II: DECLARATORY JUDGMENT: CONSPIRACY TO COMMIT SECURITIES FRAUD

26. InvestorsHub re-alleges paragraphs 1 through 19, 22, 23 and 24.

27. This is an action for declaratory judgment under 28 U.S.C. §2201, et seq, and Ch. 86, Florida Statutes.

28. The failure of the Mina Mar Defendants and Miro Zecevic to disclose their status as paid promoters of the securities issued by their clients defrauds investors by failing to disclose the material fact of their status, the failure of which makes their activities misleading.

29. The systematic efforts of the Mina Mar Defendants and Miro Zecevic to artificially manipulate the market for the securities of their clients defrauds the investors by distorting the information available to them.

30. The conduct of the Mina Mar Defendants and Miro Zecevic alleged hereinabove constitutes illegal activity, to wit:

(a) The actions of the Mina Mar Defendants and Miro Zecevic evidence and constitute a scheme to defraud investors in violation of SEC Rule 10b-5 and Section 17 of the Securities Act of 1933.

(b) The actions of the Mina Mar Defendants and Miro Zecevic evidence and constitute a scheme to defraud investors in violation of §517.301, Florida Statutes.

(c) The actions of the Mina Mar Defendants and Miro Zecevic of promoting the securities of Monarc and its affiliated companies without disclosing their compensation specifically violates Section 17 of the Securities Act of 1933 and §517.301(b), Florida Statutes.

31. A dispute has developed between InvestorsHub and the Defendants which requires judicial resolution, to wit: InvestorsHub maintains that it is a victim of and has been injured by the Defendants' illegal activities in that their intimidation and harassment of InvestorsHub, its personnel and users are an attempt to conscript its website as a means to further their illegal agenda. This undermines the very business model of InvestorsHub as a neutral public forum for the discussion of publicly-traded securities. As such a forum, InvestorsHub has become an integral part of the securities market in the United States. Moreover, InvestorsHub has been forced by the Defendants' illegal activities to divert employee time and effort away from gainful activities. Finally, Defendant's intimidation and harassment of the law-abiding users and personnel of the InvestorsHub website presents the very real danger of the loss of customers, revenue and valuable personnel. Naturally, Defendants dispute that their activities are illegal or even wrongful in nature.

32. The parties require this Court to resolve these disputes because it is the most effective and efficient forum in which to do so.

**WHEREFORE**, InvestorsHub respectfully requests that this Court declare the following:

(a) That Defendants' activities as alleged herein constitute illegal securities market manipulation; and

(b) That Defendants have no right to demand that InvestorsHub remove critical posts from its website; and

(c) That Defendants must cease and desist from using the InvestorsHub website without properly disclosing their status as securities promoters.

**FURTHER**, InvestorsHub respectfully requests that this Court order the Defendants to pay its costs of this action, its attorneys' fees as provided for in the User Agreement, and such further and supplemental relief as this Court deems proper.

## COUNT III: DEFAMATION

33. InvestorsHub re-alleges paragraphs 1 through 14, 18, 22, 23 and 24.

34. On or about August 16, 2007 and subsequently on March 16, 2008, Miro Zecevic, Mina Mar Texas or Mina Mar Canada, directly or through their agents, caused to be posted on the Internet a false and damaging report about InvestorsHub on the website www.ripoffreport.com. A copy of said report is attached hereto as Exhibit 1.

35. The report contained the following specific, untrue statements:

(a) "Investorshub sells personal credit card info runs spam email and stock manipulation" [sic];

(b) "Beware my credit card has been charged many times and company refuses to act;" and

(c) "Runs a scam 'investorshub board'."

36. These statements are false and are damaging to the reputation of InvestorsHub.

9

37. The poster made such statements with malicious intent to hurt InvestorsHub. In fact, the poster made the statements to intimidate InvestorsHub and in retaliation for the administrative sanctions imposed by InvestorsHub on the Defendants and their agents for their violations of the User Agreement. The poster specifically intended to harm the reputation of InvestorsHub to lessen its credibility as an impartial forum in the securities markets.

38. The poster made such statements fully aware that they were false.

39. These false statements have harmed InvestorsHub.

**WHEREFORE**, InvestorsHub requests that this Court enter judgment against the offending Defendant for damages, costs of this action and such further relief as this Court deems proper.

**RESPECTFULLY SUBMITTED** this 12th day of January, 2009.

Thompkins W. White
FBN: 0134287
White & Chang, P.A.
1650 Summit Lake Drive, Suite 1013
Tallahassee, FL 32317
Tel:   (850) 219-5706
Fax:   (850) 219-5709
email: white@whiteandchang.com
*Attorneys for Plaintiff*

# Exhibit 1



Register to File a Report | Login | Help

...by consumers, for consumers
Don't let them get away with it... let the truth be known!

**Report: #268145**

# Report: Investorshub.com Investors Hub Matt Brown
Category: Con Artists

Investorshub.com Investors Hub Matt Brown Sells Personal Credit Card Info Runs Investment Scam BEWARE investorshub sells personal credit card info runs spam email and stock manipulation Freeman, Montana

*Consumer Comment ..In reply to Dave Lawrence's rebuttal:

Investorshub.com Investors Hub Matt Brown
100 W Main Street
Freeman, MO 64746, New Mexico,
U.S.A.

Phone:
Fax:

Matt brown
Toronto, Ontario

Submitted: 8/16/2007 10:24:55 PM
Modified: 3/16/2008 2:48:55 AM



Read how Ripoff Report saves consumers millions.

Investors hub.Com Investorshub Matt Brown sells personal credit card info and runs spam e mail service. Beware my credit card has been charged many times and company refuses to act. Runs a scam 'investorshub board'

Heres the incident.

Visit the www.investorshub.com 'jail' there are many similar complaints.
Investorshub.com is a SCAM!

Attention Matt IHUB admin:

Your girl Shelly is continuing her escapades, and misinforming other posters. I had to reply here on IHUB as my personal e mail is swamped with inquiries. She sent many my CC info and my personal data and now Iâ€™m getting spam e mail from stock pushers?!

*Ripoff Report Verified Safe*

**Rebuttal Box**
**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?



**Victim of this person/company**

Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don´t let them get away with it!



 

May I have your reply to my original question of why IHUB is doing this?

Banning me is not a good answer says US post office mail and wire fraud division who tell me that's what this falls under.

http://investorshub.advfn.com/boards/read_msg.asp?message_id=22108107

My reply to the above post:

Since you have no 'e class' or net etiquette to PM on this, I see you been fed the same BS as a few others here.

My reply will probably get me banned but I will work with authorities to return the favor if need be. So with that in mind, I advised Matt admin of IHUB that some IHUB staff are selling and passing out personal credit card info and my lawyer is sending them a cease letter. I'm still waiting for his reply to include that to the authorities. If you were fed this BS as well please email me the contents and I will pass it on as well, to the proper authorities.

That's a compliment BTW since you are a lawyer. (now how did I know that?) Because Investors Hub is selling the data base of all users and I was offered to buy it

They also run wicked spyware on their site. Don't believe me get any good spyware software like PCnicillin and see what they report.

I'm now getting hundreds of porn and stock buy spam 'tips'.

If anyone complains Matt Brown cancels your account and keeps your money for good measure plus they intensify the spam campaign!

BEWARE OF WWW.INVESTORSHUB.COM

Signed

An Investorshub victim

Matt brown
Toronto, Ontario
Armenia

---

**VIDEO SPOTLIGHT**

 Beware! Door-to-door marketing scams are on the rise. PLAY VIDEO

 Buying home electronics? You may be the next target. PLAY VIDEO

 Moving company takes a customer for a ride! Don't let it happen to you. PLAY VIDEO



Looking for premium tickets? Concert Tickets | Sports Tickets | Theatre Tickets   just visit www.TicketFeeder.com


click to order today! **Ripoff Report** Don't let them get away with it

**Search for additional reports**

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

`Investorshub.com Investors Hub Matt Brown` [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.



Read how Ripoff Report saves consumers millions.

| **Rebuttal Box** Respond to this report! | **Victim of this person/company?** | **Repair Your Reputation** | |
|---|---|---|---|
| Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company? | Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it! | Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program. |   |

## Updates & Rebuttals:



Clearly a fraudulent report
Ihub Admin Dave [12/11/2007 5:24:28 PM]

In reply to Dave Lawrence's rebuttal:
Bones1420 [3/15/2008 10:04:39 AM]

≈JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
InvestorsHub.com, Inc.

**DEFENDANTS**
Miro Zecevic a/k/a Miroslav Zecevic
Mina Mar Group, Inc. (Texas Corp.),

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Unknown
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
White & Chang, P.A.
1650 Summit Lake Drive, Ste. 1013
Tallahassee, FL 32317

Attorneys (If Known)

0:09CV60060 WJZ/LSS

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO
JUDGE                                DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332. Plaintiff is a Florida corporation, two defendants claim Canadian citizenship and one defendant is a Texas corporation. The two corporate defendants conduct significant portions of their business from Broward
LENGTH OF TRIAL via 3.5 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD  BarID: 0134287
DATE January 12, 2009

FOR OFFICE USE ONLY
AMOUNT 350        RECEIPT # 545190        IFP

14 of 14