AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| InvestorsHub.com, Inc. | ) | **09-60060 Civ-Zloch/Snow** |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Miro Zecevic a/k/a Miroslav Zecevic, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Miro Zecevic a/k/a Miroslav Zecevic
468 Queen Street East, Ste. #202
Toronto, ONT M5A 1T7
Canada

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thompkins W. White, Esq.
White & Chang, P.A.
1650 Summit Lake Dr., Ste. 1013
Tallahassee, FL 32317

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __1-14-09__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Melanie Guerrero
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| InvestorsHub.com, Inc. | ) | **09-60060 Civ-Zloch/Snow** |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Miro Zecevic a/k/a Miroslav Zecevic, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Mina Mar Group, Inc.
c/o Incorp Services, Inc.
815 Brazos St., Ste. 500
Austin, TX 78701

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thompkins W. White, Esq.
White & Chang, P.A.
1650 Summit Lake Dr., Ste. 1013
Tallahassee, FL 32317

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  1-14-09

Steven M. Larimore
Clerk of Court

s/Melanie Guerrero
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| InvestorsHub.com, Inc. | ) | **09-60060 Civ-Zloch/Snow** |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Miro Zecevic a/k/a Miroslav Zecevic, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Mina Mar Group, Inc.
468 Queen Street East, Ste. #202
Toronto, ONT M5A 1T7
Canada

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thompkins W. White, Esq.
White & Chang, P.A.
1650 Summit Lake Dr., Ste. 1013
Tallahassee, FL 32317

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1-14-09



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Melanie Guerrero
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*