UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

INVESTORSHUB.COM, INC.,                     Case Number:
                                            09-60060 Civ-Zloch/Snow
        Plaintiff,

v.

MIRO ZECEVIC a/k/a
MIROSLAV ZECEVIC,
MINA MAR GROUP, INC.,
    a Texas Corporation,
MINA MAR GROUP, INC.,
    a Canadian Corporation,

        Defendant,
_____/

## NOTICE OF APPEARANCE AS ATTORNEY OF RECORD

COMES NOW, REGINA TSOMBANAKIS, ESQ., of BERMAN & TSOMBANAKIS, L.L.C., and files this Notice of Appearance as counsel for the above-named Defendants, MIRO ZECEVIC a/k/a MIROSLAV ZECEVIC, MINA MAR GROUP, INC., a Texas Corporation and MINA MAR GROUP, INC., a Canadian Corporation. Counsel agrees to represent the Defendants for all proceedings in which the Defendants are presently being suit in the United States District Court in and for the Southern District of Florida.

I HEREBY CERTIFY that on 9th day of April, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsels of record, either via

transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          Berman & Tsombanakis, L.L.C.
                                          600 S.W. 4th Avenue
                                          Fort Lauderdale, FL 33315
                                          Tels.: (954) 764-6099
                                                     (954) 728-8885
                                          Fax:   (954) 764-1968

                                          /s/ Regina Tsombanakis, Esq.
                                          Regina Tsombanakis, Esq.
                                          FL. Bar No.: 092850
                                          Daniel Berman, Esq.
                                          FL. Bar No.: 164127