IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

INVESTORSHUB.COM, INC
    Plaintiff

v.                                     Case No.: 09-60060 CIV-ZLOCH/SNOW

MIRO ZECEVIC a/k/a
MINA MAR GROUP, INC.
    a Texas corporation,
MINA MAR GROUP, INC.
    a Canadian corporation,
    Defendants
_____/

**AFFIDAVIT OF MIRO ZECEVIC**

I, Miro Zecevic, hereby state that, to the best of my knowledge and belief, the facts presented herein are true, correct and complete.

1. I am a resident of Toronto, Canada.

2. I am the President of Mina Mar Group, Inc., a Canadian Corporation, located at 468 Queens Street East, Ste. 202, Toronto, Ontario, Canada M5A 1T7 and I am duly authorized to provided the information concerning Mina Mar Group, a Canadian Corporation.

3. Mina Mar Group Inc, a Texas Corporation is now known as Emry Capital Group, Inc. I am no longer an officer, employee or affiliated with this corporation. Its registered agent is Incorp Services, Inc, in Austin, Texas.

4. While I was with this group, I did not conduct any business within the state of Florida, or any state, on their behalf. My position there was to organize the shareholders and once I did, I resigned from that post in March or early April of 2009.

5. Mina Mar Group Inc., a Canadian corporation does not have an office, or other place of business in Florida.

6. Mina Mar Group Inc., a Canadian corporation, does not have employees or agents in Florida.

7. Mina Mar Group Inc., a Canadian corporation, does not have any officers or directors domiciled or residing in Florida.

8. Mina Mar Group Inc., a Canadian corporation, does not hold meetings of its Board of Directors or shareholders in Florida.

9. Mina Mar Group Inc., a Canadian corporation, does not have bank accounts or any tangible property in Florida.

10. Mina Mar Group Inc., a Canadian corporation, does not advertise in Florida, nor is its advertising directed specifically at Florida or contained in publications directed primarily at Florida residents.

11. Mina Mar Group Inc., a Canadian corporation, has not sought to be qualified to do business in Florida and it is not required to pay income or franchise taxes in the state.

12. Mina Mar Group Inc., a Canadian corporation, does not have a telephone listing in Florida.

13. Miro Zecevic's only connection with Florida is that he maintains a private mailbox in his name in Fort Lauderdale. There is no office, telephone or employee connected with that mailbox. The mail gets forwarded to the Canadian address by the private mailbox service. In the last four years, only one piece of mail has been forwarded to Canada relating to Mina Mar Group.

14. There is no officer or employee of Mina Mar Group Inc., a Canadian corporation, that comes to Florida to retrieve the mail or conduct business.

15. Mina Mar Group, a Canadian corporation, is based in Toronto, Canada with operations in Toronto, Canada.

16. I, Miro Zecevic, have not made any electronic or written communications specifically into Florida or directed towards Florida concerning the Plaintiffs.

17. I, Miro Zecevic, have no contacts, clients, friends or family that reside in Florida. I have not physically been in the State of Florida since 2005. I have no ties to the State of Florida.

18. Mina Mar Group, Inc., a Canadian corporation, has no clients in Florida or other contacts in Florida.

19. I, Miro Zecevic and Mina Mar Group, Inc., a Canadian corporation, have filed a lawsuit in Ontario, Canada against Plaintiffs Investors Hub, alleging defamation and libel on October 17, 2008. That this matter is before the Superior Court of Justice in Toronto and jurisdiction over the Investor's Hub is still pending and will probably be granted based on the applicable law on this issue.

20. That I, Miro Zecevic and Mina Mar Group, Inc., a Canadian Corporation, served Investor's Hub at their registered agent in Freeman, Missouri, which is where their offices and operations are based.

21. That I, Miro Zecevic, personally or through Mina Mar Group, have not signed on as a user on InvestorsHub nor entered into any contract with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of

my memory and recollection.

Executed on: _____     _____
                                         MIRO ZECEVIC